## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-80077-CR-HURLEY/HOPKINS

**UNITED STATES OF AMERICA,**
    **Plaintiff,**

v.

**BRITTANY HATHAWAY,**
    **Defendant.**
_____/

### ORDER ADOPTING REPORT AND RECOMMENDATIONS AND SETTING HEARING

**THIS CAUSE** comes before the court upon written report from the United States Probation Office that the above named defendant violated the conditions of supervision and upon the Report and Recommendations of a United States Magistrate Judge, [DE 103]. On November 1, 2011, counsel representing the defendant filed objections to the Report and Recommendations, [DE 105]. In accordance with 28 U.S.C. §636(b)(1)(C), the court carefully reviewed the objections. Having made a *de novo* review with respect to those portions of the report to which written formal objections were lodged, the court is in complete accord with the Magistrate's findings of fact and conclusions of law and accordingly will adopt the recommended disposition. It is therefore **ORDERED** and **ADJUDGED**:

1. The Magistrate Judge's Report and Recommendation, [DE #103], is **ADOPTED** and **INCORPORATED** in full.

2. A sentencing hearing will be conducted on **Tuesday, November 8, 2011**, at **9:00 a.m.** in

Courtroom 5 at the U.S. Courthouse, 701 Clematis Street, West Palm Beach, Florida.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this 2nd day of November, 2011.

**copy furnished:**
AUSA A. Lothrop Morris
AFPD Panayotta Augustin-Birch
United States Marshal's Service
United States Probation Office

Daniel T. K. Hurley
United States District Judge